# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

FARRAH MARQUETTE,
individually and on behalf of
all others similarly situated,

      Plaintiffs,                          Case No. 18-CV-1719

    v.

OSHKOSH DEFENSE, LLC,

      Defendant.

## ORDER

On February 24, 2020, counsel for Plaintiff Farrah Marquette filed a "Motion to Withdraw as Counsel" indicating that there had been a severe breakdown in communication with Opt-In Plaintiffs Randy Schuh, Jr., Patrick Gilkes, and Deangelo Marshall. This breakdown in communication has placed counsel in a position that has made it impossible for them to fulfill their professional responsibilities to Opt-In Plaintiffs Randy Schuh, Jr., Patrick Gilkes, and Deangelo Marshall.

In light of the foregoing, the Court will grant the motion to withdraw. (Dkt. No. 93). Accordingly, IT IS ORDERED that counsels' motion to withdraw (Dkt. No. 93) is hereby GRANTED with respect to Opt-in Plaintiffs Randy Schuh, Jr., Patrick Gilkes, and Deangelo Marshall.

Dated this 3rd day of March, 2020.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, District Judge
                                                    United States District Judge