UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

FARRAH MARQUETTE, et al.,

    Plaintiffs,

v.

OSHKOSH DEFENSE, LLC,

    Defendant.

Case No. 18-CV-1719

## ORDER FOR APPROVAL OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE

On reading and filing the foregoing Joint Motion of the parties;

IT IS HEREBY ORDERED that the Settlement Agreement is approved and the case is dismissed with prejudice and without costs to any party.

Dated this 4th day of March, 2020.

    s/ William C. Griesbach
    William C. Griesbach, District Judge
    United States District Court